EDNA V. CAVANAUGH *vs.* THE CONNECTICUT COMPANY.

Third Judicial District, Bridgeport, October Term, 1929.
WHEELER, C. J., MALTBIE, HAINES, HINMAN AND BANKS, Js.
Argued October 31st, 1929—decided March 3d, 1930.

*Israel J. Cohn,* for the appellant (plaintiff).

*Seth W. Baldwin,* for the appellee (defendant).

PER CURIAM. We cannot hold upon the evidence under the rule announced in *Rosenthal* v. *New York, N. H. & H. R. Co.*, 88 Conn. 65, 89 Atl. 888, as amplified, explained and followed in *Belledeau* v. *Connecticut Co.*, ante, p. 625, 149 Atl. 127, that the trial court erred in setting aside the verdict.

There is no error.